UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURA O'CONNOR<br>    Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF MENTAL RETARDATION<br>    Defendant. | )  C.A. No. 05-11407-NMG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

Please enter the appearance of Michael Tumposky as counsel for the Plaintiff in the above-entitled action.

Respectfully Submitted,

//S// Michael Tumposky
Michael Tumposky (BBO No. 660618)
Hrones, Garrity & Hedges
Lewis Wharf-Bay 232
Boston, MA 02110-3927
T) (617) 227-4019

**CERTIFICATE OF SERVICE**

I hereby certify, on this the 29th day of November, 2005, that I have caused to be served a copy of this document, where unable to do electronically, by first class mail, on all counsel of record in this matter.

//S// Michael Tumposky
Michael Tumposky