UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURA O'CONNOR )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>COMMONWEALTH OF MASSACHUSETTS )<br>DEPARTMENT OF MENTAL RETARDATION )<br>    Defendant. )<br>) | C.A. No. 05-11407-NMG |

**PROPOSED SCHEDULING ORDER**

Pursuant to Local Rule 16.1, the parties hereby submit this proposed scheduling order:

**I. PROPOSED DISCOVERY PLAN**

    A. Automatic disclosures by February 1, 2005;

    B. All motions to amend or supplement by February 15, 2005;

    C. All fact discovery by August 1, 2006;

    D. All expert depositions by September 1, 2006;

    E. All dispositive motions by October 15, 2006;

    F. All responses to dispositive motions by November 15, 2006.

                                                  Respectfully Submitted,

| | |
|---|---|
| Commonwealth of Massachusetts<br>Department of Mental Retardation<br>By its attorney | Laura O'Connor<br>By her attorneys |
| //s//Charles M. Wyzanski<br>Charles M. Wyzanski<br>BBO # 536040<br>Assistant Attorney General<br>One Ashburton Place<br>Boston, MA 02108<br>T) 617-727-2200 | //S//Michael Tumposky<br>Stephen Hrones<br>BBO # 242860<br>Jessica D. Hedges<br>BBO # 645847<br>Michael Tumposky<br>BBO # 660618 |

Hrones, Garrity & Hedges
Lewis Wharf - Bay 232
Boston, MA 02110
T) 617-270-1184

**CERTIFICATE OF SERVICE**

    I hereby certify that, on this the 4th day of January, 2006, I have served a copy of this Joint Proposed Scheduling Order, where not able to do so electronically, by first-class mail to all counsel of record in this matter.

                        //S// Michael Tumposky
                        Michael Tumposky