UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURA O'CONNOR<br>　　Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF MENTAL RETARDATION<br>　　Defendant. | )  C.A. No. 05-11407-NMG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

　　Please enter the appearance of Stephen Hrones as counsel for the plaintiff in the above-entitled action.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,


　　　　　　　　　　　　　　　　　　　//s// Stephen Hrones
　　　　　　　　　　　　　　　　　　　Stephen Hrones (BBO No. 242860)
　　　　　　　　　　　　　　　　　　　HRONES, GARRITY & HEDGES LLP
　　　　　　　　　　　　　　　　　　　Lewis Wharf — Bay 232
　　　　　　　　　　　　　　　　　　　Boston, MA  02110-3927
　　　　　　　　　　　　　　　　　　　(617) 227-4019


**CERTIFICATE OF SERVICE**

　　I hereby certify, on this the 5th day of January, 2006, that I have caused to be served a copy of this document, where unable to do electronically, by first class mail, on all counsel of record in this matter.

　　　　　　　　　　　　　　　　　　　//s// Stephen Hrones
　　　　　　　　　　　　　　　　　　　Stephen Hrones (BBO No. 242860)