UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURA O'CONNOR<br>    Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF MENTAL RETARDATION<br>    Defendant. | )  C.A. No. 05-11407-NMG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**COUNSEL CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

In accordance with Local Rule 16.1(D)(3), the undersigned counsel as an authorized

representative of Plaintiff Laura O'Connor, certifies that counsel and parties have conferred with

a view to establishing a budget for the costs of conducting the full course and various alternate

courses of litigation and to consider the resolution of the litigation through the use of ADR

process such as those outlined in Local Rule 16.1(D)(3).

                                        Plaintiff Laura O'Connor
                                        By her attorneys,


//s// Laura O'Connor                    //s// Michael Tumposky
Laura O'Connor                          Stephen Hrones
Plaintiff                               BBO # 242860
                                        Jessica D. Hedges
                                        BBO # 645847
                                        Michael Tumposky
Dated:  January 27, 2006                BBO No. 660618
                                        Hrones, Garrity & Hedges
                                        Lewis Wharf-Bay 232
                                        Boston, MA 02110-3927

1

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this the 27th day of January, 2006, I have served a copy of Plaintiff's Local Rule 16.1 Certification, where not able to do so electronically, by first-class mail to all counsel of record in this matter.

//S// Michael Tumposky
Michael Tumposky
