UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURA O'CONNOR, )<br>)<br>     Plaintiff, )<br>  v. )<br>)<br>COMMONWEALTH OF )<br>MASSACHUSETTS, DEPARTMENT )<br>OF MENTAL RETARDATION, )<br>     Defendant. ) | CIVIL ACTION<br>NO. 05-11407-NMG |

**REPORT RE: REFERENCE FOR**
**<u>ALTERNATIVE DISPUTE RESOLUTION</u>**

TO JUDGE GORTON

[  ]  The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]  On   January 8, 2007  , I held the following ADR proceeding:

    _____  SCREENING CONFERENCE     _____  EARLY NEUTRAL EVALUATION

    \_\_X\_\_  MEDIATION     _____  SUMMARY BENCH/JURY TRIAL

    _____  MINI-TRIAL     _____  SETTLEMENT CONFERENCE

All parties were represented by counsel, and were present in person or by authorized corporate officer.

The case was:

[ X ]  Settled.  Your clerk should enter a **30-day** order of dismissal.

[  ]  There was progress.  A further conference has been scheduled for _____, unless the case is reported settled prior to that date.

[  ]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[  ]  Suggested strategy to facilitate settlement:

_____

                                                     / s / Judith Gail Dein
                                              Judith Gail Dein, U.S. Magistrate Judge
DATED:  January 8, 2007                      ADR Provider